UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 17–32097
Chapter 13
Lessia Tucker,

    Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on September 11, 2017 at 03:00 PM

to consider and act upon the following:

*23* – Motion to Approve Compromise or Settlement, Motion to Expedite Hearing filed by Richard D. Shinbaum on behalf of Lessia Tucker. (Attachments: # 1 Exhibit) (Shinbaum, Richard)

Dated September 7, 2017

Juan–Carlos Guerrero
Clerk of Court