# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 17-32097-DHW
                                                   Chapter 13

LESSIA TUCKER,

    Debtor.

## ORDER GRANTING MOTION TO APPROVE COMPROMISE OR SETTLEMENT

The debtor filed a Motion to Approve Compromise or Settlement (Doc. #23). Debtor proposed to use a portion of insurance proceeds due on a vehicle that was totaled to pay the claim of ASE Credit Union in full, then purchase a replacement vehicle with the remaining insurance proceeds. The court held a hearing on the matter on September 14, 2017. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion is GRANTED. The debtor may use the insurance proceeds to pay the claim of ASE Credit Union in full and then use the remaining proceeds to purchase a replacement vehicle.

Done this 14th day of September, 2017.

/s/ Dwight A. Williams, Jr.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:    Debtor
      Richard D. Shinbaum, Attorney for Debtor
      Sabrina L. McKinney, Trustee
      ASE Credit Union, Creditor