# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>LESSIA TUCKER<br>SSAN: XXX-XX-4991<br><br><br><br><br>Debtor(s) | Case No. 17-32097-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on July 21, 2017.

2. The debtor(s) §341 Meeting of Creditors was held September 07, 2017.

3. The debtor(s) overall pay record is 100%.

**(X)** Schedule G lists ADT and Dish Network, however, the plan fails to make corresponding provisions.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this October 10, 2017.

                                                                           Sabrina L. McKinney
                                                                           Chapter 13 Standing Trustee

                                                        By: /s/*Tina J. Hayes*
                                                                        Tina J. Hayes
                                                                        Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: hayest@ch13mdal.com

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this October 10, 2017.

Copy to: DEBTOR(S)
          RICHARD D SHINBAUM

/s/*Tina J. Hayes*
_____
Tina J. Hayes
Staff Attorney